

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2016

No. 04-16-00192-CV

Abelardo G. **GONZALEZ**,
Appellant

v.

Nicholas **LICHTENBERGER**; Judge Jose Antonio Lopez; City of Laredo; Roque Perez;
Christina M. Pena; Webb County; Martin Cuellar; Pepe Salinas; Sergio Lozano;
and Edward A. Nolen,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003714 D1
Honorable Robert C. Chesire, Judge Presiding

# O R D E R

Appellant's brief was originally due on May 18, 2016. Appellant is acting *pro se* on appeal. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant file his appellant's brief <u>no later than June 17, 2016</u>. If appellant fails to file the brief by this date or fails to reasonably explain the reason for his failure to do so, this appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a); 42.3(b),(c).

The Clerk of this court shall cause a copy of this order to be served on appellant by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court